FILED 10 MAR '23 12:55 USDC-ORP

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Pendleton Division FILED 10 MAR '23 12:55 USDC-ORP

|  |  |
|---|---|
| Mr. Thomas Eugene Stefani<br>*Plaintiff*<br><br>-v-<br><br>Daniel Allen Longhorn<br>Edward Alfred Longhorn Sr.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Case No.  2:23-W-343-HL<br>)         *(to be filled in by the Clerk's Office)*<br>)<br>)  **Complaint**<br>)  **Demand for a Jury Trial**<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Thomas Eugene Stefani |
| Street Address | 81800 Gibson Lane, all mail send to:  P.O. Box 412 |
| City and County | Umatilla, Umatilla |
| State and Zip Code | Oregon 97882 |
| Telephone Number | 5417200492 |
| E-mail Address | 22radio1969@gmail.com |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

#101844

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### Defendant No. 1

| | |
|---|---|
| Name | Daniel Allen Longhorn |
| Job or Title *(if known)* | Commercial Drive/Truck Operator w/ United Parcel Services |
| Street Address | 2307 Eucalyptus Drive |
| City and County | Hermiston, Umatilla |
| State and Zip Code | *Oregon*, 97838 |
| Telephone Number | 5419228672 |
| E-mail Address *(if known)* | |

### Defendant No. 2

| | |
|---|---|
| Name | Edward Alfred Longhorn Sr. |
| Job or Title *(if known)* | |
| Street Address | 33 Columbia Blvd, send mail to: P. O. Box 956 |
| City and County | Umatilla, Umatilla |
| State and Zip Code | *Oregon* 97882 |
| Telephone Number | 5419221172 |
| E-mail Address *(if known)* | |

### Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. § 2, 3, 4, 241, 286, 287, 371, 402, 495, 925a, 1001a(1,2), 1031a(2) & e(1-3), 1349, 1514, 1621, 28 U.S.C. § 1731, 34 U.S.C. § 12291a(14)(a,B), and 28 C.F.R. § 90.65b, and U.S. Constitution Amendment II.
Including 18 U.S. Code § 33a, 42 U.S.C. §1397l(d)(3), 1397j1
Plaintiff ref. 42 U.S. Code § 405c(1)(C),

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff,  *(name)* _____ _____ , is a citizen of the State of *(name)* _____ _____ .

   b.    If the plaintiff is a corporation

   The plaintiff,  *(name)* _____ _____ , is incorporated under the laws of the State of *(name)* _____ _____ ,

   and has its principal place of business in the State of *(name)* _____ _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant,  *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

3.    **The Amount in Controversy**   28 U.S. Code § 2072 - Rules of procedure and evidence; power to prescribe

**The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because** *(explain)*:

Defendant's continuing conspiracy constitutes this root elemental criminal event, perjury, financial elder abuse  Plaintiff's peaceful attempts for forged deed solution ignored prior on 07.07.2021, 07.08.2021, and 03.21.2022, Plaintiff feels Defendant Edward Alfred Longhorn Sr., vile, vulgar, lifelong family abuser. Plaintiff, after attempts for peaceful resolve ignored, stands ground abuser Uncle, and Uncle role reverses  Defendant Daniel Allen Longhorn had opportunity to remedy, ignored Plaintiff, continued to pursue a path of unlawful choices, additional crimes of substantial elevation and moral turpitude. Defendants not fearful of physical abuse, fear of conviction. Support evidence tampered,falsified by image crop, after fact, metadata reflecting a non-origin device. Plaintiff yielded defenseless to home invasion, disarmed by misused and fraudulently acquired FAPA, infringement on 2nd Amendment  Defendants unable to originally petition for elder protective order, due to lack of evidence relating to physical abuse, misuse FAPA to abuse Plaintiff, conspired to 'set-up' Plaintiff, report abuse from Plaintiff when Plaintiff arrives at known location of frequent attendence

**III.    Statement of Claim**   28 U.S. Code § 1657 - Priority of civil actions
28 U.S. Code § 1658 - Time limitations on the commencement of civil actions arising under Acts of Congress
34 U.S. Code § 12291b(13)(A)

**Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.**

# See attached.

**IV.    Relief**
**State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.**

Major Fraud w/Duration,Conspiracy, Perjury (s) of moral turpitude, Conspiracy Against Rights:
$1,425,650.00
Contempt(s) moral turpitude, Accessory  Misprision of Felony, Statements General, Principals
$740,200.00
Retaliatory and misuse of a Family Abuse Protection Act Order to Restrain  The Family Abuse Prevention Act's restraining order purpose  urgently intervene and stop the abuse upon a victim spouse, and/or the innocent children, witnessing and/or experiencing the abuse  It's misuse, to inflict abuse of the mind, emotions is a seclusive form of torture, unwarranted. A scar of substantial size, but invisible. The Plaintiff offered a path that would have resulted with a private, quiet, and amongst just family  I put your interests before my own, only to have my life rendered non-enjoyable by my Uncle and cousin, for trying to do the right thing.
$2,560,250.00
Disarmament by perjury/fraud/conspiracy, private party infringement of US amendment. No two US citizens be able to execute such, upon another US citizen of NO prior history of crimes involving a firearm
$800,345.00
Fair market value of stolen property
$110,820.00
Legal fees, travel, misc
$10,731.70
Total Relief: $5,647,996.70

See attached claim submission by Defendant, Plaintiff used as reference for fair/balanced relief calculation. Plaintiff's attempt to comply to Rule 11, but considering prolonged duration of deception, the following cases also referenced.



### V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    MARCH 9, 2023

Signature of Plaintiff

Printed Name of Plaintiff    Thomas Eugene Stefani

#### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

05.28.2021 Plaintiff's Mother, Phyllis Ann Stefani, informs caregiver Monica Von Hossen that Defendant Edward Alfred Longh hasn't paid for the lot next door, where he is currently residing still, 33 Columbia Blvd., Umatilla, Oregon. Abusive suppresio 1001a(1,2) 34 U.S. Code § 12291a(14)(A,B) recent discoveries supported by 28 U.S. Code § 1731

07.07.2021 Out of Good Faith, Plaintiff (peacefully, non-violently) contacted Defendent Daniel Allen Longhorn, via telephone call and requested Defendent to choose a location of his choice, (casual, relaxed) for Plaintiff to present to Defendent an important and recently discovered mutual family concern, requiring the viewing of it's paperwork, and an agreement for solution. Defendent becomes smart-ass to Plaintiff, irritated, down-playing, be littled, laughed at Plaintiff, made Plaintiff's concern's sound petty. Plaintiff asked please, Defendent did not agree to visit, did not agree to resolve. Plaintiff tells Defendant to inform if he changes his mind. Call log supports a 12 minute call duration. Violations of 18 U.S. Code § 2,3,4,286,287,1349, define affirmed by 18 U.S. Code § 1101a(2). Included 28 C.F.R.§ 20.32,60.1

07.08.2021 Out of Good Faith, Plaintiff again,(peacefully, non-violently) attempted to contact Defendent Daniel Allen Longhorn, via cellphone text and requested Defendent to stop by Plaintiff's residence anytime convenient so Plaintiff could present to Defendent the important recently discovered mutual family concern, which requires viewing of it's documents, with private, quick, solution. Defendent did not reply. Plaintiff can not verify if text was recieved, no confirmation stating 'recieved or read.' Defendent may have blocked Plaintiff.

09.23.2021 Ed attempts motorhome exhaust gassing of Tom and Mom. Accuses, antagonizies Tom, threatens, intimidates, vulgar gestures, taughts, antagonizes continuously, threatens to 'kick his ass', 'fuck off boy, I'll kill ya', and 'suck my dick' while grabbing his crouch. To the point Plaintiff loses composure, engages in vulgar and verbal exchange, acknowledges Defendants willingness for pugilistic engagement, Defendant states, 'I'm and 84 year old man', Plaintiff replies, 'then why don't you act like one?' Plaintiff goes along opposite side of mother's residence and regains level head. While Plaintiff was attempting to leave his Mother's residence 45 minutes later, Defendant harrasses Plaintiff again. Plaintiff reported to police. Violations of 18 U.S. Code § 33a, 402, 1513a(1)(B), 34 U.S. Code § 12291a(14)(A,B), 42 U.S. Code § 1397l(d)(3), 1397j(1)

03.11.2022 Mom passes away.

03.17.2022 Plaintiff is at Umatilla Post Office parking lot, on cell phone, see's a smug looking Defendant Edward Alfred Longhorn arrive in same parking lot. While Defendant exits the Post Office, from a distance of appx. 20 feet, Plaintiff increases distance between by walking backwards, informs Defendant to 'do the right thing', 'man up' and 'pay off that lot, or law will get involved' No police report exists. FAPA petitions states police called. Defendant not at any point in time looked, acted fearful, or ask for or offered assitance by passer byers at Post Office. Violation of 18 U.S. Code § 1621

03.21.2022 Out of Good Faith, but with a sense of urgency, seriousness, and clarity, Plaintiff sent a text to Defendent Daniel Allen Longhorn, demanding a meeting so he could answer some questions Plaintiff has about a suspicious property deed reflecting Plaintiff's parent's transfer of ownership to his Father, the other Defendant Edward Alfred Longhorn Sr. Plaintiff can not verify if Defendant recieved the text, no text reply either. Again, Plaintiff may be blocked on Defendants cell phone, no confirmation stating 'received or read.'

07.03.2022 Tom discovers more evidence supporting fraudulent deeds while sorting thru old photos of his Mother's. *Handwritten monetary breakdown/payments property owners prior to Stefani.*

07.05.2022 Phone call to Ed from Tom. No answer, Plaintiff regretfully leaves a voicemail of he now regrets. Overcome by frustration, anniversary of his Dad's passing, and the horrific abuse event Defendant subjected Plaintiff to involving nudity, physical assaults, when he was 10 years old at a July 4th family celebration 1978, lowers his self esteem and tries to communicate with Defendant the way Defendant communicates with Plaintiff and several other family members , mutual aquaintnces of/in the past. FAPA petition reflects police called, no police report exists. Plaintiff was only standing up to the 'family bully', trying to represent his family, hold Defendant accountable. Plaintiff mimiced, imitated prior primitive actions, behavior of the Defendant. Plaintiff, with the respect to the Court's focus, does willingly admit, this event likely the 'worst' of his behavior. Plaintiff is very remorseful. No call to inform police or petition for restraint of Plaintiff. Elemental point being heightening intensity of abuse contractive to FAPA claims.

08.14.2022 12:27PM Text from Tom sent to Ed. 'Drag thru mud' was a phrase relating to embarrasment, like 'egg on your face', if our deed problem becomes a Court settled issue. Defendant drives to his son's residence in Hermiston.

08.14.2023 4:38PM Umatilla Police receive a call from Defendent Daniel Allen Longhorn, requesting phone contact from an officer. Defendant states his father has made previous reports, and "law enforcement hasn't done anything about it." Report verifies UTL, no prior police contact. Both defendants conspired for over 4 hours before a call was made. Plaintiff spoke to UPD officer, explained my word track and apologized. As I'm on the phone with officer, he relays to Defendants verbally my intended referance of embarrasment with my sent text, no intention to hurt Defendant physically. Both defendants aware of no physical referance. Last portion of text stated, 'April will cop a plea.' April, is

the ex-wife of Defendant Daniel Allen Longhorn, whom he was married to at the time of digitally mutualated property deeds. Her photography software and computer used for the manipulations.  That last brief statement mentioning April and law enforcement is why Defendant Daniel Allen Longhorn and his father Defendant Edward Alfred Longhorn conspired for over 4 hours. It would be a safe assumption, a call or text from Defendant(s) to April exists during that 4 hour period.  Defendant Edward Alfred Longhorn Sr., did NOT at anytime show, act, or behave in a manner that could viewed as a human being, immersed in an eniovrnment that would support his claim of 'in constant fear of physical abuse'. In fact, he NEVER contacted police, his son did.  Both Defendants aware of Plaintiff's intentions to pursue law enforcement involvement with them.

08.18.2023  FAPA Petition for Restraint Packet Filed at Umatilla County Courthouse, Court reviewed, grants order to restrain Tom.  Not for physical restraint purposes.  But a gag order of sort.

08.19.2022  Tom served restraint order.  Violations of 18 U.S.C. § 1031a(2), 1031e(1-3), 18 U.S.C. § 241,371,495,9259a. 34 U.S.C Violations of 18 U.S.C. § 1031a(2), 1031e(1-3), 18 U.S.C. § 241,371,495,9259a. 34 U.S.C. § 12291a(14)(A,B). 28 C.F.R. 90.65(b), U.S. Const. amend II.

08.20.2022  Tom discovers more evidence supporting fraudulent deeds, Daniel's handwriting on FAPA restraint packet has similarities to Mom's signature on deed,  Ed's 'R' matches Dad's 'R' in signature.  Tom discovers Notary signature and portions of Mom's similar.  Tom further discovers Daniel's "D" in his intials and signatures from public knowledge documents share the same shape and direction of his Mother's "P" in her signature of question on property deed.

01.10.2023  Restraint order dismissed, replaced with Civil Mutual No-Contact order.  Entire monetary funding by Plaintiff.  While walking out of Courthouse, and following Plaintiff's legal reps hand signals to continue on outside, legal rep realizes I may be within the boundry of distance required and says, 'hey, whoh, back up a bit' which I quickly abided to and did. Defendant Edward Alfred Longhorn assumed a stance of physical engagement and stare.  Definetely not a person showing the basic traits, mannerisms of fear from physical abuse.  Courthouse video of such distorted by sun reflection, according to entry deputy

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Pendleton Division | DISTRICT OF | Oregon |

Mr. Thomas Eugene Stefani

V.

Longhorn/Longhorn

**EXHIBIT AND WITNESS LIST**

Case Number:

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | | | | Plaintiff's Cellphone Call Log 07-01-2021 to 07-08-2021, yellow dot | |
| 2 | | | | | CAD Report 2109230150 09.23.2021 Page 1 | |
| 3 | | | | | CAD Report 2109230150 09.23.2021 Page 2 | |
| 4 | | | | | *Top looking east; bottom looking west, fence owned by Defendant E.A.L.,* | |
| 5 | | | | | Top, M/home convoluted tube to divert ext, note hose end outlet, too small slip o/pipe, EAL drug it. | |
| 6 | | | | | Referance documents available thru | |
| 7 | | | | | public domain, internet. Used                    yellow dot | |
| 8 | | | | | to calculate monetary | |
| 9 | | | | | relief as Defendent would | |
| 10 | | | | | for balanced fairness. | |
| 11 | | | | | CAD REPORT 22014175 PAGE 1 | |
| 12 | | | | | CAD REPORT 22014175 PAGE 2 | |
| 13 | | | | | FAPA PETITION PAGE 1 | |
| 14 | | | | | FAPA PETITION PAGE 2 | |
| 15 | | | | | FAPA PETITION PAGE 3 | |
| 16 | | | | | FAPA PETITION PAGE 4 | |
| 17 | | | | | FAPA PETITION PAGE 5 | |
| 18 | | | | | FAPA PETITION PAGE 6 | |
| 19 | | | | | FAPA PETITION PAGE 7 | |
| 20 | | | | | SERVICE INFORMATION FROM PACKET | |
| 21 | | | | | CONTRACT - REAL ESTATE PAGE 1 | |
| 22 | | | | | CONTRACT - REAL ESTATE PAGE 2 | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Mr. Thomas Eugene Stefani | | vs. | Longhorn/Longhorn | CASE NO. |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | DEED A02-0647 |
| 24 | | | | | DEED 402-0648 |
| 25 | | | | | SERVICE INFORMATION fROM PETITION PAGE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page ___2___ of ___2___ Pages

**Sprint** 🦌
Now part of
**T Mobile**

A2 of 6
Account Number: 202784812
Bill Period: Jun 25 - Jul 24, 2021

*Call Details - (541) 720-0556 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| Jul 01 | 10:00 am | (541) 922-4000 | UMATILLA,OR | AU | 01:00 | - |
| | 10:22 am | (541) 571-4903 | HERMISTON,OR | AU | 02:00 | - |
| | 02:28 pm | (541) 571-1665 | HERMISTON,OR | AU | 02:00 | - |
| | 02:50 pm | (541) 314-5909 | HERMISTON,OR | AU | 02:00 | - |
| | 02:54 pm | (541) 571-1665 | HERMISTON,OR | AU | 01:00 | - |
| | 02:55 pm | (541) 571-1665 | HERMISTON,OR | AU | 01:00 | - |
| | 05:27 pm | (541) 922-4000 | UMATILLA,OR | AU | 02:00 | - |
| | 05:30 pm | (541) 571-4903 | HERMISTON,OR | AU | 02:00 | - |
| | 07:52 pm | (541) 303-1558 | HERMISTON,OR | AU | 01:00 | - |
| | 07:53 pm | (541) 306-1329 | BEND,OR | AU | 01:00 | - |
| | 07:54 pm | (541) 306-1329 | BEND,OR | AU | 01:00 | - |
| | 07:55 pm | (541) 303-1329 | HERMISTON,OR | AU | 01:00 | - |
| | 07:56 pm | (541) 289-7240 | HERMISTON,OR | AU | 02:00 | - |
| | 08:24 pm | (541) 571-1665 | HERMISTON,OR | AU | 02:00 | - |
| | 08:55 pm | (541) 571-9307 | HERMISTON,OR | AU | 01:00 | - |
| | 09:01 pm | (541) 567-6833 | HERMISTON,OR | NW/AU | 01:00 | - |
| | 09:02 pm | (541) 561-4615 | HERMISTON,OR | NW/AU | 01:00 | - |
| | 09:03 pm | (541) 922-4000 | UMATILLA,OR | NW/AU | 03:00 | - |
| Jul 02 | 09:08 am | (509) 735-6616 | KENNEWICK,WA | AU | 03:00 | - |
| | 10:08 am | (509) 735-6616 | Incoming | AU | 05:00 | - |
| | 10:26 am | (541) 571-1665 | Incoming | AU | 01:00 | - |
| | 04:41 pm | (541) 922-4000 | UMATILLA,OR | AU | 09:00 | - |
| | 04:58 pm | (503) 819-9146 | Incoming | AU | 13:00 | - |
| Jul 03 | 11:24 am | (503) 819-9146 | Incoming | NW/AU | 12:00 | - |
| | 06:38 pm | (541) 314-3602 | HERMISTON,OR | NW/AU | 04:00 | - |
| | 08:58 pm | (503) 819-9146 | PORTLAND,OR | NW/AU | 13:00 | - |
| | 09:10 pm | (541) 922-4000 | Incoming | NW/CW/AU | 03:00 | - |
| Jul 04 | 12:42 am | (541) 561-4817 | HERMISTON,OR | NW/AU | 01:00 | - |
| | 02:46 pm | (541) 561-4817 | Incoming | NW/AU | 08:00 | - |
| | 02:54 pm | (541) 922-4000 | UMATILLA,OR | NW/AU | 09:00 | - |
| | 03:55 pm | (541) 288-4005 | THE DALLES,OR | NW/AU | 01:00 | - |
| | 04:35 pm | (541) 314-3602 | HERMISTON,OR | NW/AU | 01:00 | - |
| | 05:19 pm | (541) 449-5555 | STANFIELD,OR | NW/AU | 01:00 | - |
| | 07:57 pm | (541) 922-4000 | UMATILLA,OR | NW/AU | 21:00 | - |
| Jul 05 | 11:20 am | (503) 819-9146 | PORTLAND,OR | AU | 11:00 | - |
| Jul 06 | 09:45 am | (503) 819-9146 | Incoming | AU | 04:00 | - |
| | 09:50 am | (503) 819-9146 | Incoming | AU | 03:00 | - |
| | 05:22 pm | (888) 485-0832 | Toll Free Call | AU | 09:00 | - |
| | 05:41 pm | (503) 819-9146 | Incoming | AU | 11:00 | - |
| | 08:29 pm | (541) 561-2924 | Incoming | AU | 21:00 | - |
| | 10:24 pm | (541) 561-4817 | Incoming | NW/AU | 12:00 | - |
| Jul 07 | 11:11 am | (541) 275-9593 | UMATILLA,OR | AU | 01:00 | - |
| | 01:34 pm | (503) 236-2679 | PORTLAND,OR | AU | 07:00 | - |
| | 04:58 pm | (877) 309-2073 | Toll Free Call | AU | 64:00 | - |
| | 06:47 pm | (541) 922-8672 | UMATILLA,OR | AU | 12:00 | - |
| | 07:59 pm | (541) 571-1665 | HERMISTON,OR | AU | 02:00 | - |
| Jul 08 | 11:42 am | (541) 922-4000 | UMATILLA,OR | AU | 03:00 | - |
| | 11:53 am | (503) 819-9146 | Incoming | AU | 15:00 | - |
| | 12:08 pm | (541) 314-3602 | HERMISTON,OR | AU | 06:00 | - |
| | 12:13 pm | (541) 571-9307 | HERMISTON,OR | AU | 01:00 | - |
| | 12:17 pm | (541) 571-9307 | Incoming | AU | 03:00 | - |
| | 12:20 pm | (541) 922-4000 | UMATILLA,OR | AU | 08:00 | - |
| | 12:28 pm | (541) 571-1665 | HERMISTON,OR | AU | 01:00 | - |
| | 12:35 pm | (541) 314-3602 | HERMISTON,OR | AU | 02:00 | - |

*Call Details - (541) 720-0556 - Voice continues...*

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

EXHIBIT #1



# UMATILLA POLICE DEPARTMENT

## CAD INCIDENT REPORT
### 2109230150

Page 1

08/30/2022

| Location | | Cross Streets | City |
|---|---|---|---|
| 35 COVINA CT | | COLUMBIA BLVD | UMATILLA |

| Incident Type | Call Taker | Dispatcher |
|---|---|---|
| CIVIL - CIVIL COMPLAINT | UCS49803 | UCS49803 |

| Date | Priority | Primary Unit | Beat | Fire Zone | Area | Map | Source |
|---|---|---|---|---|---|---|---|
| 09/23/2021 | 3 | 846 | | 17 | | | TELEPHONE CALL |

| Caller Name | Caller Address | Caller Phone |
|---|---|---|
| STEFANI, THOMAS EUGENE | | |

| Dispositions | Weapon | Alm Level | Case Number |
|---|---|---|---|
| COMPLETED, COMPLETED | | | |

| Vehicles | Associated Incidents |
|---|---|
| | |

**Incident Times**

| | |
|---|---|
| Received | 13:00:49 |
| Created | 13:04:08 |
| Dispatched | 13:04:47 |
| En Route | 13:04:52 |
| On Scene | 13:17:55 |
| Closed | 13:21:22 |
| Rcvd-Closed | 20:33 |

**Special Circumstances**

**Persons**

| Persons | Sex | DOB | Race | DI. |
|---|---|---|---|---|
| Stefani, Phillis | F | | White | )R |
| Longhorn, Edward Ralph | M | | White | R |

**Unit Times Officers**

| Unit Times | Officers | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | Enrt-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|---|
| 8413 | UPD54411 | 13:04:47 | 13:04:52 | 13:17:55 | 13:21:22 | 13:08 | 13:03 | 03:27 | 16:35 |
| 846 | UPD56552 | 17:13:51 | | | 17:29:17 | N/A | N/A | N/A | 15:26 |

**Incident Comments**

Civil issue. kkw

| TIME | # | EVENT | BY |
|---|---|---|---|
| 13:04:09 | 1 | Incident initiated at 35 Covina Ct, Umatilla | UCS49803 |
| 13:04:47 | 2 | 8413 ADVD. 35 Covina Ct, Umatilla | UCS49803 |
| 13:04:52 | 3 | 8413 1076. | UCS49803 |
| 13:04:57 | 4 | 8413 COMM. 21 | UCS49803 |
| 13:05:14 | 5 | RP is at location, his mothers house, there is a dispute with the neighbor. RP is | UCS49803 |
| | 6 | working on the house and the neighbor is running the motorhome with the | |
| | 7 | exhaust into the RP's face. Neighbor is RP's uncle Ed Longhorn. RP's mother is | |
| | 8 | Phyllis Stefani, sister to Ed. There is some "bad blood" between RP and Ed, RP | |
| | 9 | requests contact in person | |
| 13:05:53 | 10 | 8413 10-27: | UCS49803 |
| 13:06:28 | 11 | 8413 1076. 35 COVINA CT | UCS49803 |
| 13:06:55 | 12 | 8413 STEFANI, PHILLIS              )R added to incident | UCS49803 |
| 13:06:55 | 13 | 8413 10-27: | UCS49803 |
| 13:07:51 | 14 | 8413 LONGHORN, EDWARD RALPH              )R added to | UCS49803 |
| | 15 | incident | |
| 13:07:51 | 16 | 8413 10-27: | UCS49803 |
| 13:17:55 | 17 | 8413 1023. | UCS61561 |
| 13:21:22 | 18 | 8413 10-8. | UCS61561 |
| 13:21:23 | 19 | 8413 Closed - Disposition 24 | UCS61561 |
| 13:23:01 | 20 | 8413// Motorhome shut off, LONGHORN was out washing it, going to be a civil | UCS61561 |
| | 21 | issue. | |
| 17:07:58 | 22 | Reopened | UCS49803 |
| 17:09:28 | 23 | Rp calls back, wants it noted that 30 minutes after 8413 left that he had another | UCS49803 |
| | 24 | incident with Longhorn requests 21 | |
| 17:13:51 | 25 | 846 ADVD. 35 Covina Ct, Umatilla | UCS49803 |
| 17:13:57 | 26 | 846 COMM. 21 | UCS49803 |

CONTROLLED DOCUMENT - RELEASABLE ONLY BY UPD

EXHIBIT #2

CAD Incident 2109230150                                                                                    Page 2

| TIME | # | EVENT | BY |
|------|---|-------|-----|
| 17:26:57 | 1 | 846 Mr. Stefani reports Mr. Longhorn is harassing Phyllis Stefani and | UPD56552 |
| | 2 | additionally telling Mr. Stefani to "suck his dick". I explained to Mr. Stefani that | |
| | 3 | due to the space and barriers between the two parties, these actions do not fit the | |
| | 4 | criminal charge of harassment. He was provided with the incident number and | |
| | 5 | told his calls are being documented in the case he wants to attempt to take civil | |
| | 6 | actions. 10-24 10-8 | |
| 17:29:17 | 7 | 846 10-8. comments added | UCS49803 |
| 17:29:18 | 8 | 846 Closed - Disposition 24 | UCS49803 |

CONTROLLED DOCUMENT - RELEASABLE ONLY BY UPD

EXHIBIT #3



EXHIBIT # 4



CITY OF DUBLIN

ATTORNEY AT LAW

SAN JOSE OFFICE
777 NORTH FIRST STREET
SAN JOSE, 95112
TELEPHONE (408) 286-6520

SCOTTS VALLEY OFFICE
P. O. BOX 66630
SCOTTS VALLEY, 95066
TELEPHONE (408) 438-3985

December 6, 1989

City of Dublin
PO Box 2340
Dublin, California 94568
Att: Paul S. Rankin, Ass't City Manager

Re: Claimant, Ed Longhorn
      Application to Present Late Claim

Dear Mr. Rankin:

In response to your letter of November 30, 1989 on the above
claim, the date of injury should read November 29, 1988
instead of November 29, 1989.

I talked to Mr. Longhorn for the first time just before
filing the claim and he had very little information to give
me.

Would you be willing to provide the names of your sub
contractors for the construction of the Dublin Civic Center?

I will make the necessary investigation into the facts of
this case immediately after receiving the above information
and get back to you within a month.

EXHIBIT #6
REFERANCE FOR RELIEF CALCULATIONS

(Pursuant to Section 910 et Seq., Govt. Code)

TO: CITY OF DUBLIN

RECEIVED
NOV 21 1989
CITY OF DUBLIN

1. Claimant's Name: __ED LONGHORN__
   Claimant's Address: 100 Ogier Ave, #65
   Morgan Hill, CA 95037
   Claimant's Phone No.: (408)778-7665

2. Post Office address to which Notices are to be sent:
   Richard L. Goett, 777 N. First Street, San Jose, CA 95112

3. Occurrence: _____

   Date: 11/29/89 Place: City of Dublin, County of Alameda, Calif.
   Circumstances of Occurrence or Transaction giving rise to Claim:
   Claimant, an employee of Pacific Water Arts, was installing
   pipe in a room owned by City of Dublin. Stepped in a concealed
   hole and sustained permanent back and leg injury.

4. General description of Indebtedness, Obligation, Injury,
   Damage or loss Incurred so Far As Is Now Known:_____
   Claimant has been unable to return to work since the
   injury.

5. Name or Names of Public Employee or Employees Causing Injury,
   Damage or Loss, if known: Unknown

6. Amount Claimed Now:                          $ 10,000,000.00
   Estimated Amount of Future Loss, if Known:   $ Unknwon
                                  TOTAL         $ Unknown

7. Basis of Above Computations: Estimated.

   SIGNED BY: _____

NOTE: Claim must be presented to Clerk, Board of Supervisors within
      six months after the act which occasioned the injury.

Exhibit A

EXHIBIT #7

RECEIVED

NOV 21 1989 *Personally Served*

CITY OF DUBLIN

In the Matter of the
Claim of ED LONGHORN
against CITY OF DUBLIN.

DECLARATION IN
SUPPORT OF APPLICATION
TO PRESENT
LATE CLAIM
[GOV C 911.4]

TO:  CITY OF DUBLIN

I, Richard L. Goett, declare:

1. That I am an attorney at law, licensed to practice in all the courts of the State of California.

2. That the claimant, ED LONGHORN, contacted my office for the first time on November 3, 1989 in connection with the incident that gives rise to the claim herein.

3. That claimant was unaware that a written claim had to be presented to the City within six months of the incident.

4. That a preliminary investigation indicates that the claimant has a good and valid claim against the City of Dublin, and others, for the injuries sustained in the incident.

4. That the late filing in no way prejudices the City of Dublin.

5. Justice demands that claimant be given a full and fair hearing in the matter.

Dated: November 16, 1989.

RICHARD L. GOETT
Attorney for ED LONGHORN

EXHIBIT #8

RECEIVED

NOV 21 1989 Personally
                    Served
CITY OF DUBLIN

In the Matter of the
Claim of ED LONGHORN
against CITY OF DUBLIN.

APPLICATION FOR
   LEAVE TO
   PRESENT
   LATE CLAIM
   [GOV C 911.4]

TO:  CITY OF DUBLIN

1. Application is hereby made for leave to present a
late claim under Section 911.4 of the Government Code. The
*claim is founded on* a cause of action for personal injury
which accrued on November 29, 1989 and for which a claim was
not timely presented. For additional circumstances relating
to the cause of action, reference is made to the proposed
claim attached hereto as Exhibit A and made a part hereof.

2. The reason for the delay in presenting this claim is
the mistake, inadvertence, surprise and excusable neglect of
the claimant as more particularly described in the
declaration of Richard L. Goett attached hereto and made a
part hereof. CITY OF DUBLIN was not prejudiced by the
failure to timely file the claim.

Dated: November 16, 1989.

RICHARD L. GOETT
Attorney for ED LONGHORN

EXHIBIT # 9

170-60

**CITY OF DUBLIN**

**AGENDA STATEMENT**

**CITY COUNCIL MEETING DATE:  December 21, 1989**

**SUBJECT:**              Application for Leave to Present a Late Claim -
                          Ed Longhorn - Claim #0049DU
              *BR*         (Report Prepared by Paul S. Rankin, Assistant City
                          Manager)

**EXHIBITS ATTACHED:**    o Application to Present Late Claim
                          o Claim Form
                          o Declaration in Support of Application
                          o Letter dated December 6, 1989 from Claimant's
                            Attorney

**RECOMMENDATION:** *WA*  Reject the Application to Present a Late Claim and
                          direct Staff to provide the appropriate response.

**FINANCIAL STATEMENT:**    Claim alleges $10 million loss, plus unknown
                            future losses.

**DESCRIPTION:**        On November 21, 1989, the City received an
Application for Leave to Present a Late Claim.  The original documents
did not contain the correct date of loss.  This was clarified in a
letter dated December 6, 1989 from the claimant's attorney.

State Law currently allows six months to file a claim with a public
agency.  The filing period was changed January 1, 1988 by the State
Legislature.  State Law also contains provisions for filing an
application for a late claim.  This must be filed within one year.

If the City denies the application for a late claim, the claimant's
recourse is to petition a court to allow the filing of a late claim.
This must be filed within six months of the time the late claim
application is denied.

The claimant was an employee of Pacific Water Art.  This firm was a
subcontractor working under an agreement with Dickman-Nourse, Inc.
The claimant alleges that he fell in a hole on November 29, 1988.  The
*incident allegedly occurred within the equipment* vault constructed at
the Civic Center.  The City did not occupy the Civic Center project
until October, 1989.

The City's insurance provider believes that the indemnification
clauses within the Civic Center agreement and statutory workers'
compensation requirements should hold the City harmless.  They have
recommended that the City deny the application for a late claim.  The
late claim status prejudices the City's ability to investigate and
defend the claim.

EXHIBIT #10



# UMATILLA POLICE DEPARTMENT

## CAD INCIDENT REPORT
### 2208140175

Page 1

09 01 2022

| Location | | | | | Cross Streets DOS PALOS CT/COVINA C | | | City UMATILLA | |
|---|---|---|---|---|---|---|---|---|---|
| Incident Type HARS - HARASSMENT | | | | | Call Taker UCS44224 | | | Dispatcher UCS44224 | |

| Date 08/14/2022 | Priority 3 | Primary Unit 849 | Beat | Fire Zone 17 | Area UMAT | Map | Source TELEPHONE CALL |
|---|---|---|---|---|---|---|---|

| Caller Name LONGHORN, DANIEL ALLEN | Caller Address Hermiston, OR | | Caller Phone |
|---|---|---|---|

| Dispositions COMPLETED, COMPLETED, COMPLETED | Weapon | Alm Level | Case Number |
|---|---|---|---|

| Vehicles | Associated Incidents |
|---|---|

**Incident Times**
Received 16:38:55
Created 16:48:22
Dispatched 16:49:23
En Route
On Scene
Closed 18:13:23
Rcvd-Closed 1:34:28

**Special Circumstances**

| Persons | Sex | DOB | Race | | DL | |
|---|---|---|---|---|---|---|
| Longhorn, Fedward | M | | White | | | /OR |
| Stefani, Thomas Eugene | M | | White | | | OR |

| Unit Times | Officers | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | Enrt-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|---|
| 849 | UPD60238 | 16:49:23 | | | 18:13:23 | N/A | N/A | N/A | 1:24:00 |
| 849 | UPD60238 | 18:39:40 | | | 19:02:20 | N/A | N/A | N/A | 22:40 |
| 849 | UPD60238 | 19:06:11 | | | 19:29:34 | N/A | N/A | N/A | 23:23 |
| 849 | UPD60238 | 16:27:51 | | | 16:49:51 | N/A | N A | N/A | 22:00 |

**Incident Comments**
Harrassment. jwr

| TIME | # | EVENT | BY |
|---|---|---|---|
| 16:48:22 | 1 | Incident initiated at          Umatilla | UCS44224 |
| 16:48:30 | 2 | R/p requests phone contact re: threatening calls from his cousin, Tom Stefani, to | UCS44224 |
| | 3 | his father, Edward Longhorn Sr. who lives at listed address. R/p states his father | |
| | 4 | has made previous reports, and "LE has not done anything about it". UTL in | |
| | 5 | RIMS for any previous reports. The father is at r.p's address in Hermiston, | |
| | 6 | requesting phone contact only. | |
| 16:49:23 | 7 | 849 ADVD.          , Umatilla | UCS44224 |
| 16:50:08 | 8 | 849 LONGHORN, EDWARD          OR added to incident | UCS44224 |
| 16:50:08 | 9 | 849 10-27: | UCS44224 |
| 16:50:22 | 10 | 849 STEFANI, THOMAS EUGENE          OR added to | UCS44224 |
| | 11 | incident | |
| 16:50:22 | 12 | 849 10-27: | UCS44224 |
| 16:51:16 | 13 | 849 1019. ON 21 | UCS44224 |
| 18:08:56 | 14 | 849 Spoke with edward. advised he took steps to block thomas. was told keep | UPD60238 |
| | 15 | record of the texts and voice mail from Thomas. Edward advised he would be | |
| | 16 | applying for a restraining order. | |
| 18:11:17 | 17 | 849 attempted to call Thomas. neg contact. left voice for him to get a hold of me. | UPD60238 |
| 18:13:23 | 18 | 849 10-8. | UCS44224 |
| 18:13:24 | 19 | 849 Closed - Disposition 24 | UCS44224 |
| 18:38:49 | 20 | Reopened | UCS60054 |
| 18:39:10 | 21 | STEFANI, THOMAS EUGENE          requestin 21 from 849 | UCS60054 |
| 18:39:40 | 22 | 849 ADVD.          Umatilla | UCS61766 |
| 18:39:46 | 23 | 849 COMM. 21 | UCS61766 |
| 18:49:50 | 24 | 849 made contact with thomas. advised he did send edward a text message | UPD60238 |
| | 25 | about dragging edward through the dirt. apologized about the incident. advised | |

RELEASABLE ONLY BY UPD - CONTROLLED DOCUMENT

Exhibit# 11

| TIME | # | EVENT | BY |
|---|---|---|---|
| | 1 | he will no longer be getting a hold of edward or having any other form of contact. | |
| | 2 | was warned for telephonic harassment if the incident continues. last in person | |
| | 3 | contact with edward was in march. | |
| 19:02:20 | 4 | 849 10-8. | UCS44224 |
| 19:02:20 | 5 | 849 Closed - Disposition 24 | UCS44224 |
| 19:05:41 | 6 | Stefani requests call back from 849, states he has some add'l info re: this report. | UCS44224 |
| | 7 | | |
| 19:05:44 | 8 | Reopened | UCS44224 |
| 19:06:11 | 9 | 849 ADVD.                    ., Umatilla | UCS44224 |
| 19:28:45 | 10 | 849 thomas advised back in 2001 edward stunk into his mothers house and took | UPD60238 |
| | 11 | documents from the house to acquired property. advised it is all an assumption at | |
| | 12 | this time. thomas advised he has legal representation to get the property back. | |
| | 13 | Thomas advised Edward forged his mothers signature to acquired the property. | |
| 19:29:34 | 14 | 849 10-8. | UCS44224 |
| 19:29:34 | 15 | 849 Closed - Disposition 24 | UCS44224 |
| [ 08/19/2022 ] | | | |
| 16:27:06 | 16 | Reopened | UCS61176 |
| 16:27:07 | 17 | STEFANI, THOMAS would like another 21 from 849 | UCS61176 |
| 16:27:51 | 18 | 849 ADVD.              Umatilla | UCS61176 |
| 16:27:53 | 19 | 849 COMM. 21 | UCS61176 |
| 16:49:23 | 20 | 849 tom advised me ed was put out a restraining order on Thomas. Thomas was | UPD60238 |
| | 21 | advised we do not handle restraining orders. he would have to get a hold | |
| 16:49:24 | 22 | 849 of the Umatilla county court house. Thomas advised he was going to get a | UPD60238 |
| | 23 | lawyer and try to fight it. | |
| 16:49:51 | 24 | 849 10-8. | UCS61176 |
| 16:49:51 | 25 | 849 Closed - Disposition 24 | UCS61176 |

CONTROLLED DOCUMENT - RELEASABLE ONLY BY UPD

Exhibit# 12

FILED
UMATILLA COUNTY
CIRCUIT COURT

2022 AUG 18 AM 10: 20

TRIAL COURT ADMINISTRATOR

BY: _____

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF Umatilla

Edward Alfard Longhorn Sr.
                          Petitioner

Case No: 22PO08094

v.

Tom Stefani
                          Respondent
*(Person to be restrained)*

PETITION FOR RESTRAINING
ORDER TO PREVENT ABUSE

*(Family Abuse Prevention Act)*

➤ I need an interpreter: ☐ Spanish ☐ Russian ☐ other: N/A _____

### NOTICE TO PETITIONER

> ➤ You must provide **complete and truthful** information. If you do not, the court may cancel the restraining order. The court may also hold you in contempt.

> ➤ **Contact Address and Telephone Number**: If you don't want Respondent to know your residential address or phone number, use a contact address and telephone number so the court and the sheriff can reach you if necessary.

**I am the Petitioner.** I declare that the following information is true:

**1. Residency**
I live in the county of Umatilla _____, state of OR
Respondent lives in the county of Umatilla _____, state of OR

**2. Age of Parties** 83
   Petitioner: 83                 Respondent *(must be 18 or older)*: 50'S

**3. Relationship**
Respondent: *(check all that apply)*
   ☐ is or was my spouse or Registered Domestic Partner (RDP)
   ☑ is related to me by blood, marriage, or adoption *(explain)* Nephew
   ☐ lives or has lived with me in a sexually intimate relationship
       *(dates, from - to)* _____
   ☐ has a sexually intimate relationship with me (or did within the past 2 years)
   ☐ is the parent of my child

**4. Abuse within past 180 days (about 6 months)**– Within the past 180 days*
Respondent has *(check all that apply)*:
   ☐ caused me physical injury
   ☐ tried to cause me physical injury
   ☑ made me fear that I was about to be physically injured
   ☐ made me have sexual relations against my will by force or threat of force
*The 180-day period is increased by any time Respondent was in jail or prison, or lived more than 100 miles from your home*
   ☐ *Respondent was in jail or prison*
       *Dates (from - to)* _____
   ☐ *Respondent lived more than 100 miles from my home*
       *Dates (from - to)* _____

FAPA Restraining Order - Petition
Page **1** of 7

*(Aug 2019)*

Verified Correct Copy of Original 8/18/2022.

EXHIBIT #13

Verified Correct Copy of Original 8/18/2022.

**5. Incidents of Abuse**

**A.** Describe the incidents of abuse that happened **within the past 180 days,** starting with the most recent incident

Date: _July 5th 2022_  County, State: _Umatilla, OR_

_Called threatening to "f - him up", will drag me through mud._
_Last week: Threatening texts messages - we called police._

_Additional details about this incident:_

☐ I was injured ☐ I sought medical care _(describe):_ _____

_____

Respondent ☐ had a weapon ☐ was using drugs or alcohol _(describe):_ _____

_____

☑ The police were called  ☐ _(name):_ _Martinez ← officer_  ~~was arrested~~

Date: _March/Feb 2022_  County, State: _Umatilla, OR_

_Checking mail at Post office and Tom was threatening, cussing, and screaming at me._
_Has me in inicient danger - fearful constantly of what he may do._

_Additional details about this incident:_

☐ I was injured ☐ I sought medical care _(describe):_ _____

_____

Respondent ☐ had a weapon ☐ was using drugs or alcohol _(describe):_ _____

_____

☑ The police were called  ☐ _(name):_____ was arrested

Date: _March_  County, State: _Umatilla, OR_
_Went in front of my house, wanted me to come out and fight him_

_Leaving metal parts on my yard - he knows I mow lawn._

FAPA Restraining Order - Petition
Page **2** of 7                                    _(Aug 2019)_

EXHIBIT #1

Verified Correct Copy of Original 8/18/2022.

*Additional details about this incident:*

☐ I was injured ☐ I sought medical care *(describe):* _____ ___

_____

Respondent ☐ had a weapon ☐ was using drugs or alcohol *(describe):* _____

_____

☐ The police were called  ☐ *(name):*_____was arrested
    ☐ Additional page attached labeled "Incidents of Abuse – 180 Days"

**B.** ☐ There are other incidents of abuse that happened **more than 180 days ago**
*(describe):*

N/A Date:_____ County, State: _____

_____

Date:_____ County, State: _____

_____

Date:_____ County, State: _____

_____

    ☐ Additional page attached labeled "Additional Incidents of Abuse"

*Describe any injuries, medical treatment. weapons, drug or alcohol use, and
police involvement (including arrests) related to any of these incidents:*

_____

_____

_____

**6.** ☑ I am in **imminent danger of future abuse** by Respondent
*Explain how or why Respondent presents a threat to your physical safety in the
near future:* Not sure. He is unpredicatble.
His threats come and go, but get worse each time.

_____

_____

**7. Firearms**
    ☐ I want the order to prohibit Respondent from possession or purchase of firearms
or ammunition. Because of the abuse and danger detailed in this *Petition,*
Respondent's having firearms affects my or my children's safety and welfare.

EXHIBIT #15

Verified Correct Copy of Original 8/18/2022

*Additional information:*

☒ Respondent has firearms (or has easy access to firearms) **He has guns.**

☐ Respondent is already prohibited from possession or purchase of firearms or ammunition

## 8. Existing Restraining and Stalking Orders

☐ There is a current restraining order or stalking order between Respondent and me

*N/A*

County and state: _____ Case #: _____

County and state: _____ Case #: _____

## 9. Other Family Cases

☐ There is another court case between Respondent and me for divorce (dissolution), annulment, separation, paternity, or custody and parenting time
    *(include pending or finished cases)*

County and state: _____ Case #: _____

County and state: _____ Case #: _____

## 10. Move-out Order

☐ I want Respondent ordered to move out of the residence *(check all that apply)*:

☐ the residence is solely in my name

☐ Respondent and I jointly ☐ own *(or)* ☐ lease or rent the residence

☐ Respondent is my spouse or Registered Domestic Partner

## 11. Emergency Money

☐ I want an order for emergency monetary assistance. I want a one-time payment of

$_____ from Respondent because *(explain)*: _____

**NO**

_____

_____

## JOINT CHILDREN

**Minor Children of the Parties** (under the age of 18 and not married or emancipated)

## 12. Name and Age

| Name | Age |
|------|-----|
|      |     |
|      |     |
|      |     |

☐ Additional page attached labeled "Additional Children"

FAPA Restraining Order - Petition
Page 4 of 7

*(Aug 2019)*

EXHIBIT #16

Verified Correct Copy of Original 8/18/2022.

**13. Current Residence**
The children live with: ☐ me or ☐ *(name and address)*: _____
_____
_____

For how long? _____

**14. Children's Residences – 5 years**
List everywhere the children have lived in the past 5 years (starting with the most recent address) and a *current* contact address for each caretaker.

| Dates From/To | County, State | Name of Parent/Caretaker | Contact Address of Parent/Caretaker | Which Children |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☐ Additional page attached

**15.** ☐ My children have continuously lived in Oregon for the six months before the filing of this *Petition*
☐ My children have **not** lived in Oregon continuously for six months, but my children and I live in Oregon now and I want the court to award me custody because of an emergency *(describe)*: _____
_____
_____
_____

**16. Unmarried Parents – Parentage** *(complete all that apply)*
Parentage (who the legal parents are) has been established for both parties by:

➢ ☐ petitioner ☐ respondent giving **birth** to *(names)*: _____

➢ ☐ filing a **Birth Certificate** or **Voluntary Acknowledgment of Paternity form** listing ☐ petitioner ☐ respondent as the parent of children *(names)*: _____
_____

➢ ☐ **judicial** order *or* ☐ **administrative/agency** order
*(court/agency name)*: _____ case number _____
located in *(county/state)* _____
re: ☐ petitioner ☐ respondent for children *(list names)*: _____
_____

➢ ☐ **other** method *(explain)*: _____
re: ☐ petitioner ☐ respondent for children *(list names)*: _____

EXHIBIT #17

Verified Correct Copy of Original 8/18/2022

**17. Prior Cases**
*(if you have a copy of existing judgments or orders, bring them with you to your hearing)*

    **a.** There are no other court orders (besides child support) currently in effect regarding any of the children listed *(include juvenile cases)*
        ☐ *except (list information for all cases):*

        Case #: _____

        County and state: _____

    **b.** I have not participated as a party, witness, or in any other capacity in any other case concerning **custody or parenting time (visitation)** of the children
        ☐ *except:* _____
        _____

    **c.** I do not know of any other legal proceeding that could affect this case (for example: custody/parenting time enforcement, domestic violence, protective orders, termination of parental rights, or adoption cases) in any state
        ☐ *except:* _____
        _____

    **d.** I do not know of anyone other than Respondent who has physical custody of the children or who claims custody or parenting time (visitation) rights
        ☐ *except:* _____
        _____

**18. Custody Assistance**
☐ I believe that I will need the help of a peace officer to regain custody of my children from Respondent. The addresses where the children can most likely be found are listed on the proposed Order.
I believe the children are most likely to be found there because *(explain):* _____
_____
_____

**19. Department of Human Services – Child Welfare (DHS)**

☐ DHS is involved with my children because *(explain):* _____
_____
_____

**20.** A *Confidential Information Form* (CIF) has been completed and filed with the court clerk containing all required information that is identified as confidential by UTCR 2.130 for: ☐ Petitioner ☐ Respondent

EXHIBIT # 18

Verified Correct Copy of Original 8/18/2022.

---

**NOTICE TO PETITIONER**

You must notify the court of any change of address or phone number. All hearing notices will be sent to this address. The court may dismiss the restraining order if you do not appear at a hearing. **You do NOT need to use your residential address or phone number.** If you don't want Respondent to have your residential address or phone number, use a "contact address" and "contact phone number" so the court and the sheriff can reach you if necessary.

---

**I ask the court to order my requests as marked on the Restraining Order to Prevent Abuse**

---

**I hereby declare that the above statements are true to the best of my knowledge and belief. I understand they are made for use as evidence in court and I am subject to penalty for perjury.**

Submitted by ☑ Petitioner ☐ Attorney for Petitioner

8/18/22
Date

_Signature_

X _Edward A Longhorn SR_
Print Name

33 Columbia Blvd. Umatilla, OR 97882        541.571.2468
Contact Address *(use a SAFE address)*        Contact Phone *(use a SAFE number)*

---

*Attorney for Petitioner:*

_____        _____
Date                        Signature

_____        _____
OSB#                        Name (printed)

_____    _____    _____
Address                 City, State, ZIP        Phone

FAPA Restraining Order - Petition
Page 7 of 7                                    *(Aug 2019)*

EXHIBIT #19

Verified Correct Copy of Original 8/18/2022.

## SERVICE INFORMATION

> ***The Respondent will receive a copy of this information***
> If you do not want Respondent to know your residential address or phone number, use a
> contact address in the state where you reside or a contact phone number so the court and the
> sheriff can reach you if necessary. Check for mail at this address frequently. The court will
> assume that you receive all notices sent to your contact address.

PETITIONER: *(Name)* Edward Alfred Longhorn Sr.   ☐ Female  ☒ Male

33 Columbia Blvd.                Umatilla, OR 97882    Umatilla
***Residence/Contact Address (Use a safe address):*** Street, Apartment, City, State, ZIP    County

Contact Phone Number 541.571.2468 _____ *(Use safe contact number)*

Age 83  Race/Ethnicity White  Height 5'9  Weight 170

Eye Color Brown  Hair Color Grey/White

RESPONDENT: *(Name)* Tom Stefani _____   ☐ Female  ☒ Male

Residence Address Unknown — Umatilla, OR                Umatilla
                                                         County

Phone Number 541.720.0492

Age 55  Race/Ethnicity White  Height 5'8  Weight 170

Eye Color Not sure.  Hair Color Brown - always wears hat.

- - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE FILL OUT THIS INFORMATION
TO HELP WITH SERVICE OF THE RESTRAINING ORDER

Where is Respondent most likely to be found?
☒ Residence  Hours _____ Address above
☐ Employment  Hours _____ Address on CIF form 81800 Gibson Ln. (Umatilla)
☐ Other:  Hours _____ Address

**Description of Vehicle** Dodge disel pick up (lifted) - RED / or black car

Is there anything about the Respondent's character, past behavior, or the present situation that indicates
that Respondent may be a **danger** to self or others? *(Explain):* Not sure

Does Respondent have any **weapons, or access to weapons**? *(Explain):* Yes he has guns.

Has Respondent ever been **arrested for or convicted of** a violent crime? *(Explain):*
He has a few DUI's.

FAPA – Service Information
Page 1 of 1                                              *(Jan 2020)*

EXHIBIT #24

FORM No. 706—CONTRACT—REAL ESTATE—Monthly Payments.

R 212 PAGE 227       CONTRACT—REAL ESTATE       166664

THIS CONTRACT, Made this ........23........... day of ... ........ October........................ , 19..91.., between
...Reginald..A...Bowles..and..Emily..F...Bowles,..husband..and..wife,.....
................................................................................., hereinafter called the seller,
and ..Robert..E...Stefani..and..Phyllis..A...Stefani,..husband..and..wife,......
......................................................................................, hereinafter called the buyer,

WITNESSETH: That in consideration of the mutual covenants and agreements herein contained, the seller
agrees to sell unto the buyer and the buyer agrees to purchase from the seller all of the following described lands
and premises situated in ...Umatilla...................County, State of .. Oregon.. .. ... .., to-wit:

Lot 32, Block 1, McNary Townsite, Division No. 3, an addition to the City
of Umatilla, Umatilla County, Oregon.
    SUBJECT TO:  1)  1991-92 taxes
    2)  Easement created by instrument, including the terms and provisions
thereof, dated February 19, 1946, recorded May 3, 1946, in Book 170, Page
594, Deed Records, in favor of Umatilla Electric Cooperative Association,
a corporation for transmission or distribution lines or systems.  Affects:
exact location not described.
    3)  Covenants, conditions, restrictions and easements, but omitting
restrictions, if any, based on race, color, religion or national origin,
imposed by instrument, including the terms and provisions thereof, recorded
June 12, 1974, in Book 338, Page 117, Deed Records,  Amended by instrument
recorded April 21, 1976, on Reel 3, Page 843.
    4)  Utility easements as delineated on the recorded Plat.  Affects:
West 5 feet.

for the sum of ..Nine..thousand..and..no/100--------------------Dollars ($.9,000..00....)
(hereinafter called the purchase price) on account of which ..five..hundred..and..no/100-----------
Dollars ($..500..00........) is paid on the execution hereof (the receipt of which is hereby acknowledged by the
seller); the buyer agrees to pay the remainder of said purchase price (to-wit: $.8,.500..00........) to the order of
the seller in monthly payments of not less than ..One..hundred..twelve..and..33/100-----------------
Dollars ($..112.33......) each. ..............................................................................

payable on the ......20.....day of each month hereafter beginning with the month of ..November......, 19..91..,
and continuing until said purchase price is fully paid. All of said purchase price may be paid at any time; all de-
ferred balances of said purchase price shall bear interest at the rate of .....10......per cent per annum from....................
Oct...20,..1991.....until paid, interest to be paid..monthly......................and ★ } XXXXXXXXXX in the minimum
being included in
monthly payments above required. Taxes on said premises for the current tax year shall be prorated between the
parties hereto as of the date of this contract.

The buyer warrants to and covenants with the seller that the real property described in this contract is
※(A)※primarily for buyer's personal, family or household purposes,
※(B)※XXXXXXXXXXXXXXX XXXXXXXXXXXXX XXXXXXXXXXX XXXXXXXXXXXXXXXXXX

The buyer shall be entitled to possession of said lands on ...October..23,..... 19 ....91.., and may retain such possession so long as
buyer is not in default under the terms of this contract. The buyer agrees that at all times buyer will keep the premises and the buildings, now or hereafter erected
thereon, in good condition and repair and will not suffer or permit any waste or strip thereof; that buyer will keep said premises free from construction and all
other liens and save the seller harmless therefrom and reimburse seller for all costs and attorney's fees incurred by seller in defending against any such liens; that
buyer will pay all taxes hereafter levied against said property, as well as all water rents, public charges and municipal liens which hereafter lawfully may be
imposed upon said premises, all promptly before the same or any part thereof become past due; that at buyer's expense, buyer will insure and keep insured all

buildings now or hereafter erected on said premises against loss or damage by fire (with extended coverage) in an amount not less than $ .....n/a.............
in a company or companies satisfactory to the seller, with loss payable first to the seller and then to the buyer as their respective interests may appear and all
policies of insurance to be delivered to the seller as soon as insured. Now if the buyer shall fail to pay any such liens, costs, water rents, taxes or charges or to
procure and pay for such insurance, the seller may do so and any payment so made shall be added to and become a part of the debt secured by this contract and
shall bear interest at the rate aforesaid, without waiver, however, of any right arising to the seller for buyer's breach of contract.

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX Seller also agrees that when said purchase price is
fully paid and upon request and upon surrender of this agreement, seller will deliver a good and sufficient deed conveying said premises in fee simple unto the
buyer, buyer's heirs and assigns, free and clear of encumbrances as of the date hereof and free and clear of all encumbrances since said date placed, permitted or
arising by, through or under seller, excepting, however, the said easements, restrictions and the taxes, municipal liens, water rents and public charges so assumed by
the buyer and further excepting all liens and encumbrances created by the buyer or buyer's assigns.
(Continued on reverse)

★ IMPORTANT NOTICE: Delete, by lining out, whichever phrase and whichever warranty (A) or (B) is not applicable. If warranty (A) is applicable and if the seller is a
creditor, as such word is defined in the Truth-in-Lending Act and Regulation Z, the seller MUST comply with the Act and Regulation by making required disclosures; for this
purpose, use Stevens-Ness Form No. 1319 or similar.

Reginald..A...&..Emily..F...Bowles    ...
200..W...Moore
Hermiston,..OR..97838
SELLER'S NAME AND ADDRESS

Robert..E...&..Phyllis..A...Stefani
PO..Box..726
Umatilla,..OR..97882    ..............
BUYER'S NAME AND ADDRESS

After recording return to:

Thomas..J...Ditton    ...
PO..Box..802
Hermiston,..OR..97838    ...........
NAME, ADDRESS, ZIP

Until a change is requested all tax statements shall be sent to the following address.

Robert..E...&..Phyllis..A...Stefani
PO..Box..726
Umatilla,..OR..97882
NAME, ADDRESS, ZIP

STATE OF OREGON,    }
                    } ss.
County of .................. ...............
    I certify that the within instru-
ment was received for record on the
............ day of .................. , 19........,
at .... ...... o'clock ...M., and recorded
in book/reel/volume No...................... on
page .................. or as fee/file/instru-
ment/microfilm/reception No................,
Record of Deeds of said county.
    Witness my hand and seal of
County affixed.

SPACE RESERVED
FOR
RECORDER'S USE

.......................... ..........................
NAME                    TITLE

By.... .... ...... .... .... ... . Deputy

EXHIBIT #21

R 212 PAGE 228

And it is understood and agreed between said parties that time is of the essence of this contract, and in case the buyer shall fail to make the payments above required, or any of them, punctually within 3 days of the time limited therefor, or fail to keep any agreement herein contained, then the seller at seller's option shall have the following rights:
(1) To declare this contract cancelled for default and null and void, and to declare the purchaser's rights forfeited and the debt extinguished, and to retain sums previously paid hereunder by the buyer,*
(2) To declare the whole unpaid principal balance of said purchase price with the interest thereon at once due and payable; and/or
(3) To foreclose this contract by suit in equity,

In any of such cases, all rights, and interest created or then existing in favor of the buyer as against the seller hereunder shall utterly cease and determine and the right to the possession of the premises above described and all other rights acquired by the buyer hereunder shall revert to and revest in said seller without any act of re-entry, or any other act of said seller to be performed and without any right of the buyer of return, reclamation or compensation for moneys paid on account of the purchase of said property as absolutely, fully and perfectly as if this contract and such payments had never been made, and in case of such default all payments theretofore made on this contract are to be retained by and belong to said seller as the agreed and reasonable rent of said premises up to the time of such default. And the seller, in case of such default, shall have the right immediately, or at any time thereafter, to enter upon the land aforesaid, without any process of law, and take immediate possession thereof, together with all the improvements and appurtenances thereon or thereto belonging.

The buyer further agrees that failure by the seller at any time to require performance by the buyer of any provision hereof shall in no way affect seller's right hereunder to enforce the same, nor shall any waiver by said seller of any breach of any provision hereof be held to be a waiver of any succeeding breach of any such provision, or as a waiver of the provision itself.

Buyers may not assign this contract, nor may they otherwise transfer their rights hereunder without the written consent of the sellers.

The true and actual consideration paid for this transfer, stated in terms of dollars, is $ 9,000

In case suit or action is instituted to foreclose this contract or to enforce any provision hereof, the losing party in said suit or action agrees to pay such sum as the trial court may adjudge reasonable as attorney's fees to be allowed the prevailing party in said suit or action and if an appeal is taken from any judgment or decree of the trial court, the losing party further promises to pay such sum as the appellate court shall adjudge reasonable as the prevailing party's attorney's fees on such appeal.

In construing this contract, it is understood that the seller or the buyer may be more than one person or a corporation; that if the context so requires, the singular pronoun shall be taken to mean and include the plural and the neuter, and that generally all grammatical changes shall be made, assumed and implied to make the provisions hereof apply equally to corporations and to individuals.

This agreement shall bind and inure to the benefit of, as the circumstances may require, not only the immediate parties hereto but their respective heirs, executors, administrators, personal representatives, successors in interest and assigns as well.

IN WITNESS WHEREOF, said parties have executed this instrument in duplicate; if either of the undersigned is a corporation, it has caused its corporate name to be signed and its corporate seal affixed hereto by its officers duly authorized thereunto by order of its board of directors.

THIS INSTRUMENT WILL NOT ALLOW USE OF THE PROPERTY DESCRIBED IN THIS INSTRUMENT IN VIOLATION OF APPLICABLE LAND USE LAWS AND REGULATIONS. BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON ACQUIRING FEE TITLE TO THE PROPERTY SHOULD CHECK WITH THE APPROPRIATE CITY OR COUNTY PLANNING DEPARTMENT TO VERIFY APPROVED USES.

*Reginald A. Bowles*
Reginald A. Bowles
*Emily F. Bowles*
Emily F. Bowles
*Robert E. Stefani*
Robert E. Stefani
*Phyllis A. Stefani*
Phyllis A. Stefani

* BUYER: Comply with ORS 92.905 et seq prior to exercising this remedy.
NOTE—The sentence between the symbols ⓞ, if not applicable, should be deleted. See ORS 93.030.

(If executed by a corporation, affix corporate seal)

(If the signer of the above is a corporation, use the form of acknowledgment opposite.)

STATE OF OREGON,                    )
                                    ) ss.
County of  Umatilla                 )

This instrument was acknowledged before me on October 23, 19 91 by Reginald A. Bowles, Emily F. Bowles, Robert E. Stefani, and Phyllis A. Stefani

OFFICIAL SEAL
THOMAS J. DITTON
NOTARY PUBLIC-OREGON

Notary Public for Oregon
My commission expires: 9/9/94

STATE OF OREGON,                    )
                                    ) ss.
County of ........                  )

This instrument was acknowledged before me on 19 , by
as
of

Notary Public for Oregon
My commission expires:                (SEAL)

ORS 93.635 (1) All instruments contracting to convey fee title to any real property, at a time more than 12 months from the date that the instrument is executed and the parties are bound, shall be acknowledged, in the manner provided for acknowledgment of deeds, by the conveyor of the title to be conveyed. Such instruments, or a memorandum thereof, shall be recorded by the conveyor not later than 15 days after the instrument is executed and the parties are bound thereby.
ORS 93.990(3) Violation of ORS 93.635 is punishable, upon conviction, by a fine of not more than $100.

(DESCRIPTION CONTINUED)

THOMAS J. DITTON, P. C.
ATTORNEY AT LAW
P. O. BOX 802
HERMISTON, OREGON 97838

Rd. By *Stefani*

STATE OF OREGON, COUNTY OF UMATILLA
I Thomas L. Sroat, County Clerk, certify that this instrument was received and recorded on 10-24-91 at 09:18 in the record of document code type DE-C
Location:      R212-0227
Document number 91-166664
Fee            40.00

Thomas L. Sroat
Umatilla County Clerk
received by *SS. McDougal*     Deputy

EXHIBIT #22

FORM No. 633—WARRANTY DEED (Individual or Corporate)

COPYRIGHT 1990    STE

**WARRANTY DEED**

2001-4020647    1 of 1

402    0647

KNOW ALL MEN BY THESE PRESENTS, That Reginald A. Bowles and Emily F. Bowles, husband and wife,

hereinafter called the grantor, for the consideration hereinafter stated, to grantor paid by Robert E. Stefani and Phyllis A. Stefani, husband and wife, , hereinafter called the grantee, does hereby grant, bargain, sell and convey unto the said grantee and grantee's heirs, successors and assigns, that certain real property, with the tenements, hereditaments and appurtenances thereunto belonging or appertaining, situated in the County of Umatilla and State of Oregon, described as follows, to-wit:

Lot 32, Block 1, McNary Townsite, Division No. 3, an addition to the City of Umatilla, Umatilla County, Oregon.

SUBJECT TO: 1) Easement created by instrument, including the terms and provisions thereof, dated February 19, 1946, recorded May 3, 1946, in Book 170, Page 594, Deed Records, in favor of Umatilla Electric Cooperative Association, a corporation for transmission or distribution lines or systems. Affects: exact location not described.

2) Covenants, conditions, restrictions and easements, but omitting restrictions, if any, based on race, color, religion or national origin, imposed by instrument, including the terms and provisions thereof, recorded June 12, 1974, in Book 338, Page 117, Deed Records. Amended by instrument recorded April 21, 1976, on Reel 3, Page 843.

3) Utility easements as delineated on the recorded Plat. Affects: West 5 feet.

RECEIVED

DEC 19 2001

UMATILLA COUNTY
RECORDS

(IF SPACE INSUFFICIENT, CONTINUE DESCRIPTION ON REVERSE SIDE)

To Have and to Hold the same unto the said grantee and grantee's heirs, successors and assigns forever.

And said grantor hereby covenants to and with said grantee and grantee's heirs, successors and assigns, that grantor is lawfully seized in fee simple of the above granted premises, free from all encumbrances

except as hereinabove set forth

and that grantor will warrant and forever defend the said premises and every part and parcel thereof against the lawful claims and demands of all persons whomsoever, except those claiming under the above described encumbrances.

The true and actual consideration paid for this transfer, stated in terms of dollars, is $ 9,000.00 . ⊗However, the actual consideration consists of or includes other property or value given or promised which is ⊗part of the ⊗the whole consideration (indicate which).⊗ (The sentence between the symbols ⊗, if not applicable, should be deleted. See ORS 93.030.)

In construing this deed and where the context so requires, the singular includes the plural and all grammatical changes shall be implied to make the provisions hereof apply equally to corporations and to individuals.

In Witness Whereof, the grantor has executed this instrument this 23 day of October , 19 91;  if a corporate grantor, it has caused its name to be signed and its seal affixed by an officer or other person duly authorized to do so by order of its board of directors.

THIS INSTRUMENT WILL NOT ALLOW USE OF THE PROPERTY DE-
SCRIBED IN THIS INSTRUMENT IN VIOLATION OF APPLICABLE LAND
USE LAWS AND REGULATIONS. BEFORE SIGNING OR ACCEPTING
THIS INSTRUMENT, THE PERSON ACQUIRING FEE TITLE TO THE
PROPERTY SHOULD CHECK WITH THE APPROPRIATE CITY OR
COUNTY PLANNING DEPARTMENT TO VERIFY APPROVED USES.

*Reginald A. Bowles*
Reginald A. Bowles

*Emily F. Bowles*
Emily F. Bowles

STATE OF OREGON, County of Umatilla ) ss.

This instrument was acknowledged before me on October 23, , 19 91 ,
by REGINALD A. & EMILY F. BOWLES
This instrument was acknowledged before me on , 19 .

OFFICIAL SEAL
THOMAS J. DITTON
NOTARY PUBLIC-OREGON
COMMISSION NO. 000081
MY COMMISSION EXPIRES AUGUST 18, 1994

*[signature]*
Notary Public for Oregon

My commission expires 8/18/94

Reginald A. & Emily F. Bowles
200 W. Moore
Hermiston, OR 97838
GRANTOR'S NAME AND ADDRESS

Robert E. & Phyllis A. Stefani
PO Box 726
Umatilla, OR 97882
GRANTEE'S NAME AND ADDRESS

After recording return to

Robert E. & Phyllis A. Stefani
*P.E. BOX 726 OR 97362*
NAME, ADDRESS, ZIP

Until a change is requested all tax statements shall be sent to the following address

Robert E. & Phyllis A. Stefani
BOX 726
AMELIA, ON 97862
NAME, ADDRESS, ZIP

STATE OF OREGON
State of Oregon )
) s.
County of Umatilla )

I certify that the within instrument was received and recorded
at 12-19-01 at 11:15
in the record of document
code type DE-WD
Location
Document number    R402-0647
                   2001-4020647
Fee                20.00
Office of County Records

SPACE RESERVED
FOR
RECORDER'S USE

By *[signature]*
Records Officer



EXHIBIT #23

FORM No. 633 – WARRANTY DEED (Individual or Corporate).    COPYRIGHT 1999  STEVENS-NESS LAW PUBLISHING CO., PORTLAND, OR 97204

NN

Robert E. Stefani, and Phyllis A. Stefani
P.O. Box 726
Umatilla, OR 97882
*Grantor's Name and Address*

Edward A. Longhorn, Sr.
P.O. Box 956
Umatilla, OR 97882
*Grantee's Name and Address*

After recording, return to (Name, Address, Zip):
Edward A. Longhorn, Sr.
P.O. Box 956
Umatilla, OR 97882

Until requested otherwise, send all tax statements to (Name, Address, Zip):
Edward A. Longhorn, Sr.
P.O. Box 956
Umatilla, OR 97882

**RECEIVED**

**DEC 19 2001**

UMATILLA COUNTY
RECORDED
FOR
RECORDER'S USE

|||||||||||||||||||||||||||||||

2001-4020648    1 of 1

STATE OF O
County of

**State of Oregon**  }
**County of Umatilla**  }

I certi   This instrument was received
received for   and recorded on
at _____  12-19-01 at 11:15
book/reel/vc   in the record of document
and/or as fe   code type DE-WD
No. _____

Witness   Location    R402-0648
Document number  2001-4020648
Fee   20.00

Office of County Records

NAME

Records Officer

**WARRANTY DEED**

## 402    0648

KNOW ALL BY THESE PRESENTS that Robert E. Stefani & Phyllis A. Stefani,

hereinafter called grantor, for the consideration hereinafter stated, to grantor paid by Edward A. Longhorn, Sr.

hereinafter called grantee, does hereby grant, bargain, sell and convey unto the grantee and grantee's heirs, successors and assigns, that certain real property, with the tenements, hereditaments and appurtenances thereunto belonging or in any way appertaining, situated in ...Umatilla... County, State of Oregon, described as follows, to-wit:

Lot 32, Block 1, McNary Townsite, Division No. 3, an addition to the City
of Umatilla, Umatilla County, Oregon.
     SUBJECT TO:  1)  Easement created by instrument, including the terms
and provisions thereof, dated February 19, 1946, recorded May 3, 1946, in
Book 170, Page 594, Deed Records, in favor of Umatilla Electric Cooperative
Association, a corporation for transmission or distribution lines or systems
Affects:  exact location not described.
     2)  Covenants, conditions, restrictions and easements, but omitting
restrictions, if any, based on race, color, religion or national origin,
imposed by instrument, including the terms and provisions thereof, recorded
June 12, 1974, in Book 338, Page 117, Deed Records.  Amended by instrument
recorded April 21, 1976, on Reel 3, Page P43.
     3)  Utility easements as delineated on the recorded Plat.  Affects:
West 5 feet.

(IF SPACE INSUFFICIENT, CONTINUE DESCRIPTION ON REVERSE SIDE)

To Have and to Hold the same unto grantee and grantee's heirs, successors and assigns forever.
     And grantor hereby covenants to and with grantee and grantee's heirs, successors and assigns, that grantor is lawfully seized in fee simple of the above granted premises, free from all encumbrances except (if no exceptions, so state): _____

EXCEPT AS herein above set forth _____, and that

grantor will warrant and forever defend the premises and every part and parcel thereof against the lawful claims and demands of all persons whomsoever, except those claiming under the above described encumbrances.
     The true and actual consideration paid for this transfer, stated in terms of dollars, is $ 90,000.00 ⓞ ~~However, the actual consideration consists of or includes other property or value given or promised which is~~ part of the ~~(indicate which)~~ consideration.ⓞ (The sentence between the symbols ⓞ, if not applicable, should be deleted. See ORS 93.030.)
     In construing this deed, where the context so requires, the singular includes the plural, and all grammatical changes shall be made so that this deed shall apply equally to corporations and to individuals.
     In witness whereof, the grantor has executed this instrument on 12/18/01 _____; if grantor is a corporation, it has caused its name to be signed and its seal, if any, affixed by an officer or other person duly authorized to do so by order of its board of directors.

THIS INSTRUMENT WILL NOT ALLOW USE OF THE PROPERTY DESCRIBED IN
THIS INSTRUMENT IN VIOLATION OF APPLICABLE LAND USE LAWS AND REGU-
LATIONS. BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON
ACQUIRING FEE TITLE TO THE PROPERTY SHOULD CHECK WITH THE APPRO-
PRIATE CITY OR COUNTY PLANNING DEPARTMENT TO VERIFY APPROVED USES
AND TO DETERMINE ANY LIMITS ON LAWSUITS AGAINST FARMING OR FOREST
PRACTICES AS DEFINED IN ORS 30.930.

*[signature]* Robert Stefani

*[signature]* Phyllis A. Stefani

STATE OF OREGON, County of Umatilla _____ )ss.
     This instrument was acknowledged before me on 12-18-01
by Robert E. Stefani and Phyllis A. Stefani.
     This instrument was acknowledged before me on _____
by _____

OFFICIAL SEAL
CATHY KADEN
NOTARY PUBLIC - OREGON
COMMISSION NO. 311715
MY COMMISSION EXPIRES APR 19, 2002

*[signature]* Cathy Kaden
Notary Public for Oregon
My commission expires 4-19-2002

EXHIBIT #2A

LOAN #: 000140000

(G) **"Property"** means the property that is described below under the heading "Transfer of Rights in the Property."
(H) **"Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.
(I) **"Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider ☐ Condominium Rider ☐ Second Home Rider
☐ Balloon Rider ☐ Planned Unit Development Rider ☒ Other(s) [specify]
☐ 1-4 Family Rider ☐ Biweekly Payment Rider **Manufactured Home Rider**
☐ V.A. Rider

(J) **"Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.
(K) **"Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.
(L) **"Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.
(M) **"Escrow Items"** means those items that are described in Section 3.
(N) **"Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.
(O) **"Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.
(P) **"Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.
(Q) **"RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 1024), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.
(R) **"Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the   County
[Type of Recording Jurisdiction] of   **Umatilla**                                    [Name of Recording Jurisdiction]:
**SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS "EXHIBIT A".**
**APN #: 143908**

which currently has the address of   **32889 Quests End Lane, Hermiston,**

[Street] [City]

**Oregon 97838**       ("Property Address"):
[Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

1.   **Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges

OREGON--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT Form 3038 1/01
Ellie Mae, Inc.                                           Page 2 of 9

Initials: [handwritten initials]
OREDEED  1113
OREDEED
08/08/2014 12:02 PM PST





2014-6190795   3 of 17

EXHIBIT #25



Oregon
**Health**
Authority CENTER FOR HEALTH STATISTICS
**APPLICATION, LICENSE, AND RECORD OF MARRIAGE**

2015-050401  1 of 1

Local file number

| LOCAL OFFICIAL | County: **Umatilla** | License effective on or after: **MAY 07, 2015** | License expires (month, day, year): **JULY 06, 2015** |
|---|---|---|---|

**PARTY A** is (check one): ☐ Groom ☐ Bride ☐ Spouse

| PARTY A Groom, Bride or Spouse | 1a. Legal name (first, middle): **DANIEL    ALLEN** | | Last: **LONGHORN** |
|---|---|---|---|

1b. Legal name at birth (if different):
1c. Previous name (if different):

| 2. Birthplace (state or foreign country): **OREGON** | 3. Date of birth (mmmh, day, year): **JULY 27, 1973** | | 4. Age (18 or older, 17 with consent): **41** |
|---|---|---|---|

| 5. Sex: **MALE** | 6. Occupation: **TRUCK DRIVER** | 7. Previous marital status (single, widowed, divorced): **DIVORCED** |
|---|---|---|

| 8a. Father's name (first, middle, legal surname prior to first marriage): **EDWARD RALPH LONGHORN** | 8b. Birthplace (state or foreign country): **OREGON** |
|---|---|

| 9a. Mother's name (first, middle, legal surname prior to first marriage): **LINDA JOYCE BARLOW** | 9b. Birthplace (state or foreign country): **CALIFORNIA** |
|---|---|

| 10a. Address Street and number: **2307 NW EUCALYPTUS** | City or town: **HERMISTON** | State/country: **OREGON** | ZIP: **97838** | 10b. County of residence: **UMATILLA** |
|---|---|---|---|---|

| 11. Legal name taken after marriage (first, middle): **DANIEL    ALLEN** | | Last: **LONGHORN** |
|---|---|---|

**PARTY B** is (check one): ☐ Groom ☐ Bride ☐ Spouse

| PARTY B Groom, Bride or Spouse | 12a. Legal name (first, middle): **ANDREA    CHRISTINE** | | Last: **CAMPBELL** |
|---|---|---|---|

12b. Legal name at birth (if different):
12c. Previous name (if different):

| 13. Birthplace (state or foreign country): **ARIZONA** | 14. Date of birth (month, day, year): **NOVEMBER 02, 1979** | | 15. Age (18 or older, 17 with consent): **35** |
|---|---|---|---|

| 16. Sex: **FEMALE** | 17. Occupation: **ADMIN ASST** | 18. Previous marital status (single, widowed, divorced): **SINGLE** |
|---|---|---|

| 19a. Father's name (first, middle, legal surname prior to first marriage): **ROBERT MURRY CAMPBELL** | 19b. Birthplace (state or foreign country): **OHIO** |
|---|---|

| 20a. Mother's name (first, middle, legal surname prior to first marriage): **DEBORA LYN HUTCHINSON** | 20b. Birthplace (state or foreign country): **OHIO** |
|---|---|

| 21a. Address Street and number: **2307 NW EUCALYPTUS** | City or town: **HERMISTON** | State/country: **OREGON** | ZIP: **97838** | 21b. County of residence: **UMATILLA** |
|---|---|---|---|---|

| 22. Legal name taken after marriage (first, middle): **ANDREA    CHRISTINE** | | Last: **CAMPBELL-LONGHORN** |
|---|---|---|

| AFFIDAVIT OF AGE | 23. ☐ Party A – name and address of affiant: |
|---|---|
| | 24. ☐ Party B – name and address of affiant: |

**SIGNATURES**

We hereby certify that the information provided is correct to the best of our knowledge and belief and that we are free to marry under the laws of this state.

| 25. Party A's legal signature: | Date: **5-4-15** | 26. Party B's legal signature: | Date: **5-4-15** |
|---|---|---|---|

Neither you nor your spouse is the property of the other. The laws of the State of Oregon affirm your right to enter into marriage and, at the same time, to live within the marriage free from violence and abuse.

**LICENSE TO MARRY**

This license authorizes the marriage in this state of the parties named above by any person duly authorized to perform a marriage ceremony under the laws of the State of Oregon.

| 27. Date license issued: **MAY 04, 2015** | 28. Signature of issuing official | 29. Title of issuing official: **RECORDS OFFICER** |
|---|---|---|

**CEREMONY**

| 30a. Date of marriage: **JUNE 12, 2015** | 30b. Where married (city, town or location): **BRIDAL VEIL** | 30c. County: **MULTNOMAH-OREGON** |
|---|---|---|

| 31a. I certify that the above named persons were married on the date listed above (30a). Signature of person performing ceremony (officiant): | 31b. Title: **PASTOR** |
|---|---|

| 31c. Name and address of officiant (person performing ceremony): Name: **CARROLL R. MYERS** Address: **1011 SE 98th AVE VANCOUVER WA 98664** Phone: **360-231-3030** | 31d. Name and address of authorizing religious congregation/organization of officiant: Name: **EVANGELICAL CHRISTIAN Fellowship** Address: **5650 REYNOLDS RD. WINSTON-SALEM, N.C. 27106** Phone: **336-923-5959** |
|---|---|

| 32. Witness name (print): **Cathy Campbell** | 33. Witness name (print): **JUSTIN HANKA** |
|---|---|

| 34. Signature of county official: **Glenna Smith** 2015-050401 | 35. Date filed by county official (month, day, year): **6-17-2015** |
|---|---|

BOTH EDWARD AND DANIEL LIST THEIR FATHERS
INCORRECTLY BY MIDDLE NAME, WITH INTENTION.
ED'S FATHER    SEE ATTACHED

ᐧ 19800374   APPLICATION FOR MARRIAGE LICENSE

5467

STATE OF OREGON

COUNTY: **Umatilla**     COUNTY FILE NO ____

MARRIAGE LICENSE CAN BE ISSUED ON OR AFTER ____

MARGIN RESERVED FOR BINDING

NOTE   USE TYPEWRITER OR PRINT PLAINLY IN BLACK INK. THIS IS A PERMANENT RECORD TO COUNTY CLERK. BOTTOM FOUR LINES TO BE COMPLETED UPON RETURN OF MARRIAGE CERTIFICATE.

**GROOM**

FULL NAME — FIRST **Edward**  MIDDLE **Alfred**  LAST **Longhorn**

PLACE OF BIRTH (STATE OR FOREIGN COUNTRY) **Hermiston, Oregon**  DATE OF BIRTH (MONTH) **11** (DAY) **12** (YEAR) **38** AGE **41**

OCCUPATION **Plumer**  RACE **White**

PREVIOUS MARITAL STATUS: (SINGLE, WIDOWED, DIVORCED) **Divorced**  IF DIVORCED DATE **7/78**  PLACE **Pendleton, Or.**

FATHER'S NAME **Wesley R. Longhorn ( Dec. )**  MOTHER'S MAIDEN NAME **(Dec. ) Edith Fullford**

USUAL RESIDENCE GROOM (STREET OR RURAL ROUTE NO) **PO Box 361**  (CITY OR TOWN) **Stanfield,**  (STATE OR FOREIGN COUNTRY) **Oregon**

SIGNATURE GROOM ____  SOCIAL SECURITY NUMBER **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**

**BRIDE**

FULL MAIDEN NAME FIRST **Lois**  MIDDLE **Lee**  LAST **Davis**

PLACE OF BIRTH (STATE OR FOREIGN COUNTRY) **Hutchinson, Ka.**  DATE OF BIRTH (MONTH) **9** (DAY) **6** (YEAR) **45** AGE **34**

OCCUPATION **Clerk**  RACE **White**

PREVIOUS MARITAL STATUS: (SINGLE, WIDOWED, DIVORCED) **Divorced**  IF DIVORCED DATE **Feb. 1978**  PLACE **Pendleton, Or.**

FATHER'S NAME **Lawrence Edward Thomas**  MOTHER'S MAIDEN NAME **Lucille Johnson**

USUAL RESIDENCE BRIDE (STREET OR RURAL ROUTE NO) **1175 SW 17th**  (CITY OR TOWN) **Hermiston**  (STATE OR FOREIGN COUNTRY) **Oregon**

SIGNATURE BRIDE ____  SOCIAL SECURITY NUMBER **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**

APPLICANT - DO NOT WRITE BELOW THIS LINE -- OFFICIAL USE ONLY

PLACE OF MARRIAGE (CITY OR TOWN) ____ (COUNTY) ____ OREGON  DATE OF MARRIAGE (MONTH) (DAY) (YEAR) ____

NAME OF OFFICIANT ____  TITLE OF OFFICIANT ____

DATE OF FILING **August 5, 1980**  SIGNATURE **Dean Fouquette Sr. Co.** By ____ **Deput**

COUNTY COPY

VS 4 REV 6 72     VS-4 REV 7-77



1940 U.S. Federal Population Census