UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION (2)

THOMAS EUGENE STEFANI  'pro se'
Plaintiff

Case No. 2:23-cv-00343-HL

-V-

MOTION FOR
DEFAULT JUDGEMENT

DANIEL ALLEN LONGHORN  et al.
Defendant

The undersigned Plaintiff, Thomas Eugene Stefani, respectfully requests the move of this Court to Order a DEFAULT JUDGEMENT as to Defendants Daniel Allen Longhorn et al. and Edward Alfred Longhorn Sr., upon the FIRST AMENDED COMPLAINT hetetofore filed and served upon the Defendant, in accordance of Rule 55(b)(2), Federal Rules of Civil Procedure, and in the support thereof displays to that of the respected Court, the following:

1. On March 10, 2023 at 12:55, the Plaintiff filed in the United States District Court, District of Oregon, Pendleton Division (2), a COMPLAINT and DEMAND FOR JURY TRIAL alledging per js_044 Other Statutory Actions (890), that Defendants multiply violationed numerous of such, injuring Plaintiff directly, and through Plaintiff being the survivor of the victim(s), his parents, father Robert Eugene Stefani and mother Phyllis Ann Stefani.

2. On March 14, 2023, a copy of such COMPLAINT, SUMMONS IN A CIVIL ACTION, and in the accordance of a CIVIL ORDER of MUTUAL NO-CONTACT between Plaintiff and Defendant Edward Alfred Longhorn Sr., were served by the Umatilla County Sheriff's Civil Deputy Duane Scott (55737), upon both Defendants, Daniel Allen Longhorn at his residence of 2307 NW Eucalyptus St, Hermiston, Oregon 97838, and Edward Alfred Longhorn SR., at his residence of 33 Columbia Blvd, Umatilla, Oregon 97882.  Refer to document #7 of case docket report.

3. An ORDER TO AMEND COMPLAINT was signed and entered by the Court on March 22, 2023 for Plaintiff to cure deficiencies within 30 days, document #6 of case docket report.

4. On March 24, 2023, Return of Service Executed as to both Defendants Daniel Allen Longhorn and Edward Allen Longhorn SR., both being served March 14, 2023 and with answers due on April 4, 2023, document #7 of case docket report.

5. In dutiful response, the Plaintiff respectfully filed on March 30, 2023, a FIRST AMENDED COMPLAINT to address such deficiencies as ordered by the Court on March 22, 2023, document #8 of case docket report.

6. On April 4, 2023, around 10:00am, both Defendants received their FIRST AMENDED COMPLAINT, as served upon them by Umatilla County Sheriff's Civil Deputy Duane Scott (55737), at their physical addresses as stated in paragraph #2. Proof of Services attached, originals sent to the Court on April 5, 2023.

7. As of April 7, 2023, the Plaintiff has not been served or received an answer from either Defendant, nor has the Court received any form of acknowledgement, pleading, or motion from either Defendant.

8. As per document #7, Return of Service Executed, answers due by April 4, 2023, and in observance to Federal Rules of Civil Procedure (FRCP), Rule 12(a)(1)(A), A defendant must serve an answer:

    (i) within 21 days after being served with the summons and complaint,

9. The Plaintiff, Thomas Eugene Stefani, gratefully and respectfully moves this Court to Order a Default Judgement.

10.   Furthermore, for fairness, and in observance of FRCP Rule 55(b)(2),

the Plaintiff feels whole heartedly that,

    (A) conduct an accounting;
    (B) determine the amount of damages;
    (C) establish the truth of any allegation by evidence; or
    (D) investigate any other matter.

for the exact matter of satisfaction, thru the truth, for both parties.

    I pray the Court will allow such.

4·7·2023
date

Thomas Eugene Stefani
Plaintiff 'pro se'

| | |
|---|---|
| Court:<br>UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT COURT OF OREGON<br>PENDLETON DIVISION<br>104 SW DORION<br>PENDLETON, OR 97801<br><br>Plaintiff/Petitioner:<br>THOMAS EUGENE STEFANI<br><br>Defendant/Respondent:<br>DANIEL ALLEN LONGHORN AND EDWARD ALFRED LONGHORN SR | Case No. 23CV343HL<br><br>**Sheriff's Return**<br>**Proof of Service by Personal Service**<br><br>Original Sent to Court On:<br>APR 05 2023 |

Person or Entity Served: DANIEL ALLEN LONGHORN
Date of Service: 4/4/2023
Location of Service: 2307 NW EUCALYPTUS DRIVE HERMISTON, OR 97838
Documents Served: First Amended Complaint Demand for Jury Trial

I hereby certify that I served the above documents within the State of Oregon and County of Umatilla at 9:53 AM on April 4, 2023 on the above name DANIEL ALLEN LONGHORN at 2307 NW EUCALYPTUS DRIVE HERMISTON, OR 97838 by delivering a true copy thereof personally and in person. This service was executed under my authority as a Deputy for the Umatilla County Sheriff.

I hereby declare the above statement is true to the best of my knowledge and belief, and I understand it is made for use as evidence in court and is subject to penalty for perjury.

Sheriff Fee: $100.00



Terry L. Rowan, Sheriff
Umatilla County, Oregon

By: _____
Civil Deputy Duane Scott  55737

Umatilla County Sheriff's Office
Sheriff Terry Rowan
4700 NW Pioneer Place, Pendleton, OR 97801
541-966-3600
Ref No. 23000425

| Court:<br>UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT COURT OF OREGON<br>PENDLETON DIVISION<br>104 SW DORION<br>PENDLETON, OR 97801<br><br>Plaintiff/Petitioner:<br>THOMAS EUGENE STEFANI<br><br>Defendant/Respondent:<br>DANIEL ALLEN LONGHORN AND EDWARD ALFRED LONGHORN SR | Case No. 23CV343HL<br><br>Sheriff's Return<br>Proof of Service by Personal Service<br><br>Original Sent to Court On:<br><br>APR 05 2023 |
|---|---|

Person or Entity Served: EDWARD ALFRED LONGHORN SR
Date of Service: 4/4/2023
Location of Service: 33 COLUMBIA BLVD UMATILLA, OR 97882
Documents Served: First Amended Complaint Demand for Jury Trial

I hereby certify that I served the above documents within the State of Oregon and County of Umatilla at 10:09 AM on April 4, 2023 on the above name EDWARD ALFRED LONGHORN SR at 33 COLUMBIA BLVD UMATILLA, OR 97882 by delivering a true copy thereof personally and in person. This service was executed under my authority as a Deputy for the Umatilla County Sheriff.

I hereby declare the above statement is true to the best of my knowledge and belief, and I understand it is made for use as evidence in court and is subject to penalty for perjury.

Sheriff Fee: $100.00



Terry L. Rowan, Sheriff
Umatilla County, Oregon

By: _____
Civil Deputy Duane Scott  55737

Umatilla County Sheriff's Office
Sheriff Terry Rowan
4700 NW Pioneer Place, Pendleton, OR 97801
541-966-3600
Ref No. 23000425