IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THOMAS EUGENE STEFANI,<br><br>       Plaintiff,<br>  v.<br><br>DANIEL ALLEN LONGHORN and EDWARD ALFRED LONGHORN, SR.,<br><br>       Defendants. | Case No.: 2:23-cv-00343-YY<br><br><br>JUDGMENT |

Based on the Court's ORDER,

It is adjudged that this case is DISMISSED with prejudice.

DATED this 21st day of August, 2023.

                                                 Adrienne Nelson
                                                 United States District Judge

1